UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

FILED

RAYMOND GONZALEZ, 99·A·1878.
PLAINTIFF.

V.

INMATE: CIVIL
RIGHTS COMPLAINT
PURSUANT to 42
U.S.C. § 1983.



SUPt. J. LEMPKE.
DSS. J. QUINEY.
DR. D. WEINSTOCK.
CAPTAIN. S. PICCALO.
SZt. P. COHRELL.
SZt. L.A. PARISH.
SZt. J. ROBERTS.
SZt. E. WOLF.
SZt. J. JASTRZAB.
SZt. t. ABATE.
CO. W. TOMPOROWSKI.
DEFENDANTS.

V.

CO. M. PARMETER.
CO. A. BANK.
CO. S. WHITE.
CO. J. MCINTYRE.
CO. S. ROSELL.
CO. A. ROSHIA.
CO. J. CAIN.
CO. t. SCRITCHIELD.
CO. S. EVANS.
DEFENDANTS.

PRELIMINARY STATEMENTS

1. this is A CIVIL RIGHTS ACTION FILE by RAYMOND GONZALEZ A STATE PRISONER by DA-MAGES, by USE OF CHEMICAL HARMFUL SU-bSTANCE, AND by DENIAL OF NUTRITIONAL SUPPLEMENT AND VITAMINS, IN VIOLATION OF the EIGhth AMENDMENT OF the UNITED STATES CONSTITUTION.

JURISDICTION

## JURISDICTION

2. THIS IS A CIVIL RIGHTS ACTION SEEKING RELIEF FOR DAMAGES TO DEFEND AND PROTECT THE RIGHTS GUARANTEED BY THE CONSTITUTION OF THE UNITED STATES. THIS ACTION IS BROUGHT PURSUANT TO 42 U.S.C. § 1983. THE COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1343 (3) AND (4) AND 2201.

## PARTIES

3. THE PLAINTIFF RAYMOND GONZALEZ IS A STATE PRISONER CURRENTLY CONFINED IN FIVE POINTS CORRECTIONAL FACILITY, STATE ROUTE 96, P. O. BOX 119, ROMULUS, NEW YORK. 14541. WHO IS AND WAS IN ALL TIME RELEVANT HERETO.

4. THE DEFENDANT J. LEMPKE IS THE SUPERINTENDENT OF FIVE POINTS CORRECTIONAL FACILITY, EMPLOYEE OF (DOCS) WHO PURSUANT TO CORRECTIONAL LAW HAS THE CONTROL AND DEFINE AND ORDER THE WORK OF ALL HIS SUBORDINATE IN THE FACILITY, WHO IS AND WAS IN ALL TIME RELEVANT HERETO.

5. THE DEFENDANT J. GUINEY IS THE DEPUTY SUPERINTENDENT OF SECURITY OF FIVE POINTS CORRECTIONAL FACILITY, EMPLOYEE OF (DOCS), WHO PURSUANT TO CORRECTIONAL LAW HAS THE REPONSABILITY OF THE SAFETY OF ALL THE

INMATES IN SPECIAL HOUSING UNIT AND THE FACILITY. WHO IS AND WAS IN ALL TIME RELEVANT HERETO.

6. THE DEFENDANT D. WEINSTOCK IS A PRISON DOCTOR WHO IS THE FACILITY HEALTH SERVICES DIRECTOR IN FIVE POINTS, EMPLOYEE OF (DOCS) ASSIGNED IN FIVE POINTS, WHO PURSUANT TO HEALTH SERVICE POLICY MANUAL ITEM 6. HAS THE REPONSABILITY OF PROVIDE MEDICAL TREATMENT TO THE INMATES, WHO IS AND WAS IN ALL TIMES RELEVANT HERETO.

7. THE DEFENDANT S. PICCALO HAS THE RANK OF CAPTAIN, EMPLOYEE OF (DOCS) ASSIGNED IN FIVE POINTS, WHO HAS THE REPONSABILITY OF SUPERVISE THE WORK OF HIS SUBORDINATE, WHO IS AND WAS IN ALL TIMES RELEVANT HERETO.

8. THE DEFENDANT P. COTTRELL, L.A. PARISH, J. ROBERT, E. WOLF, J. JASTRZAB, AND T. ABATE, HAS THE RANK OF SERGEANTS, EMPLOYEES OF (DOCS), ASSIGNED IN FIVE POINTS, WHO HAS THE REPONSABILITY OF SUPERVISION OF THE DUTIES OF THE OFFICERS IN THEIR AREA ASSIGNED, WHO IS AND WAS IN ALL TIMES RELEVANT HERETO.

9. THE DEFENDANTS M. PARMETER, A. BANK, S. WHITE, J. MCINTYRE, S. ROSELL, A. ROSHIA, J. CAIN, T. SCRITCHIELD, S. EVANS, AND W. TOMPOROWSKI. HAS THE RANK OF OFFICERS, EMPLOYEES OF (DOCS) ASSIGNED IN FIVE POINTS, WHO IS AND WAS IN ALL TIMES RELEVANT HERETO.

4

10. ALL THE DEFENDANTS WHO APPEAR IN THE CAPTION AND IN THIS CIVIL RIGHTS ACTION DID ACTED UNDER THE COLOR OF THE STATE LAW TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS.

11. ALL THE DEFENDANTS WHO APPEAR IN THE CAPTION AND IN THIS CIVIL RIGHTS ACTION THEY ARE SUED IN THEIR INDIVIDUAL CAPACITY.

12. THE ADDRESS OF ALL THE DEFENDANTS WHO APPEAR IN THE CAPTION AND IN THIS CIVIL RIGHTS ACTION IS AS FOLLOWS: FIVE POINTS CORRECTIONAL FACILITY, STATE ROUTE 96, P. O. BOX 119, ROMULUS, NEW YORK 14541.

## PREVIOUS LAWSUITS

13. THE PLAINTIFF DID NOT BEGIN ANY OTHER LAWSUIT DEALING WITH THE SAME FACTS INVOLVED IN THIS CIVIL RIGHTS ACTION.

14. FURTHER, REGARDING OTHER LAWSUITS, ON DECEMBER 3, 2001 THE PLAINTIFF DID FILED A CIVIL RIGHTS COMPLAINT #: 9:01-CV-1811, IN THE NORTHERN DISTRICT OF NEW YORK AGAINST: GLENN S. GOORD, D. LACLAIR, K. TRIM, G. CHAMPANE, G. WATERSON, AND JOHN DOE. SAID CASE WAS DISMISSED BY ORDER FROM THE HON. JOSEPH HOODS BY FAILURE TO EXHAUST THE ADMINISTRATIVE REMEDIES.

15. FURTHER, REGARDING OTHER LAWSUITS, ON FEBRUARY 26, 2004 THE PLAINTIFF did FILED A CIVIL RIGHTS COMPLAINT #: 04-CV-6032 IN THE WESTERN district OF NEW YORK AGAINST: D. BORAWSKI, S. LAKOWSKI, E. STOERR, B. HIGLEY, J. KARLINSKI, N. RAUSCHE, AND J. LIBERATORE, THE CASE IS STILL PENDING, THE CASE WAS ASSIGNED TO THE HON. CHARLES J. SIRAGUSA, D.J. AND HON. JONATHAN W. FELDMAN, M.J.

16. FURTHER, REGARDING OTHER LAWSUITS THE PLAINTIFF did FILED OTHER CIVIL RIGHTS COMPLAINT #: 04-CV-6612 IN THE WESTERN district OF NEW YORK AGAINST: JAMES CONWAY, STEPHEN LASKOWSKI, D. BORAWSKI, A. WELSH, D. MORRIS, B. BLENKER, A. BARKER, N. RAUSCHE, A. BRIGZNA, J. DEPASQUALE, M. VERRASTRO, G. PINKERT, E. CONDON, J. PHILLIPS, F. NICOSTRA, J. LIBERATORE, AND D. NICOSIA, THE CASE IS STILL PENDING, THE CASE WAS ASSIGNED TO THE HON. CHARLES J. SIRAGUSA, D.J. AND HON. JONATHAN W. FELDMAN, M.J.

17. FURTHER, REGARDING OTHER LAWSUITS, THE PLAINTIFF did FILED OTHER CIVIL RIGHTS COMPLAINT #: 05-CV-6472 IN THE WESTERN district OF NEW YORK AGAINST: LESTER WRIGHT, HEMAN FOWLER, E.J. SHNE, J. SMITH, P. MARHEY, G. PERFFEH, P. SCHEEPSMA, T. BURNS, J. BRINK, M. HOPKIN, F. FULLER, THE CASE IS STILL PENDING, THE CASE WAS ASSIGNED TO HON. CHARLES J. SIRAGUSA, D.J. AND HON. JONATHAN W. FELDMAN, M.J.

18. FURTHER, REGARDING OTHER LAWSUITS THE PLAINTIFF did FILEd OTHER CIVIL RIGHTS COMPLAINT #: 9:06-CV-1424 IN THE NORTHERN dISTRICT OF NEW YORK AGAINST: LESTER N. WRIGHT, L. ACHENOR, ROBERT WOODS, N. BEZIO, E. WEISSMAN, J. BEZIO, S. POMBRIO, S. SALLS, J. SPINNER, R. COLTON, S. WALSH, J. CHESBOUGH, R. HOLMES, D. SAUTHER, G. CARON, M. RILEY, B. GRANT, S. DUMAS, B. BOGARdUS, M. WELCH, J. PRICE, M. ALBERT, L. FURNACE, J. FINAZZO, W. BROWN, AND J. HYdE, THE CASE IS STILL PENDING, THE CASE WAS ASSIGNED TO THE HON. RANDOLPH F. TREECE AND HON. (FJS).

19. FURTHER, REGARDING OTHER LAWSUITS ON AUGUST 24, 2007 THE PLAINTIFF did FILEd A CLAIM IN THE COURT OF CLAIMS #: 114136 AGAINST: THE STATE OF NEW YORK, THE CASE IS STILL PENDING.

## FACT #: 1
### CRIMINAL CONSPIRACY WITH CHEMICAL HARMFUL SUBSTANCE AGAINST THE PLAINTIFF.

20. GONZALEZ REALLEGES AND INCORPORA-TES BY REFERENCE HIS ALLEGATIONS IN PARA-GRAPHS 1 THROUGH 19 AS IF FULLY RESTATED HEREIN.

21. ON FEBRUARY 13, 2008 THE PLAINTIFF WAS TRANSFERRED TO FIVE POINTS CORRECHONAL

FACILITY COMING FROM CENTRAL
NEW YORK PSYCHIATRIC CENTER.

22. ONCE THERE IN FIVE POINTS THE PLAI-
NTIFF WAS CONFINED IN 12-C2-48 CELL IN
SPECIAL HOUSING UNIT SHU. IN WHICH FROM
FEBRUARY 15, 2008 THE PLAINTIFF did FEEL THE
EFFECTS OF AN CHEMICAL HARMFUL SUBSTANCE
COMING FROM THE VENTILATOR OF THE CELL.

23. THE PLAINTIFF THEN did COMPLAINT TO
THE DEFENDANTS L.A. PARISH, S. PICCALO, S.
WHITE, AND J. MCINTYRE ABOUT THE CHEMICAL
HARMFUL SUBSTANCE, WHO did MOCK OF THE
PLAINTIFF AND did TOLD TO THE PLAINTIFF THAT
THERE IS NO CHEMICAL SUBSTANCE CAME FROM
THE VENTILATOR.

24. ON FEBRUARY 18, 2008 THE PLAINTIFF
WAS TAKEN TO THE FACILITY CLINIC IN A EMERG-
ENCY SICK CALL IN WHICH WAS TAKEN A ELE-
CTROCARDIOGRAMA TO THE PLAINTIFF due TO
THAT THE PLAINTIFF WAS IN THE VERGE OF DIE
BECAUSE OF THE CHEMICAL HARMFUL SUBSTANCE
WHICH THE DEFENDANTS J. LEMPKE, J. GUINEY,
S. PICCALO, P. COTTRELL, L.A. PARISH, J. ROBERTS,
E. WOLF, J. JASTRZAB, t. ABATE, M. PAR-
METER, A. BANK, S. WHITE, J. MCINTYRE,
S. ROSELL, A. ROSHIA, J. CAIN, t. SCRITCHFIELD,
S. EVANS, AND W. TOMPOROWSKI do THROW TO
THE PLAINTIFF.

25. THE SITUATION AND THE HEALTH OF THE
PLAINTIFF WILL OF WORSE AND DEGENERATING

BECAUSE OF THE CHEMICAL HARMFUL SUBSTANCE WHICH SAID ABOVE DEFENDANTS DO THROW TO THE PLAINTIFF.

26. THE PLAINTIFF ALSO DID COMPLAINT ABOUT THE HARMFUL CHEMICAL SUBSTANCE TO THE DEFENDANTS P. COTTRELL, J. ROBERTS, E. WOLF, J. JASTRZAB, t. ABATE, M. PARMETER, A. BANK, S. ROSELL, A. ROSHIA, J. CAIN, t. SCRITCHIELD, AND S. EVANS, WHO DID MOCK OF THE PLAINTIFF AND DID TOLD TO THE PLAINTIFF THAT THERE IS NO CHEMICAL SUBSTANCE COMING FROM THE VENTILATOR.

27. ON APRIL 30, 2008 THE PLAINTIFF WAS TAKEN TO THE FACILITY CLINIC IN A EMERGENCY SICK CALL BECAUSE OF THAT THE PLAINTIFF WAS IN THE VERGE OF DIE BECAUSE OF THE HARMFUL CHEMICAL SUBSTANCE WHICH THE DEFENDANTS J. LEMPKE, J. ZWINEY, S. PICCALO, P. COTTRELL, L. A. PARISH, J. ROBERTS, E. WOLF, J. JASTRZAB, t. ABATE, M. PARMETER, A. BANK, S. WHITE, J. MCINTYRE, S. ROSELL, A. ROSHIA, J. CAIN, t. SCRITCHIELD, S. EVANS, AND W. TOMPOROWSKI DO THROW TO THE PLAINTIFF.

28. THE SITUATION OF THE PLAINTIFF IN HIS CELL IS SIMILAR TO WHEN THE GERMANY DID CONFINE TO THE JEWISH IN CELL PREPARED FOR KILL TO THE JEWISH WITH POISONOUS GASES DURING THE SECOND WAR WORLD IN THE CAMP OF CONSENTRATION OF BELGEN GELSEN AND MATHAUSEN.

29. THE PLAINTIFF DID GRIEVE AND TRY MAKE GOOD FAITH EFFORTS TO EXHAUST THE ADMINISTRATIVE REMEDIES OF THE GRIEVANCE CONCERNING SAID ABOVE CONSPIRACY WITH HARMFUL CHEMICAL SUBSTANCE, A COPY OF THE GRIEVANCE DATED MARCH 9, 2008 IS ATTACHED AS EXHIBITS ( A ).

# FACT # 2
## RETALIATORY DENIAL OF NUTRITIONAL SUPPLEMENT AND VITAMINS

30. GONZALEZ REALLEGES AND INCORPORATES BY REFERENCE HIS ALLEGATIONS IN PARAGRAPHS 1 THROUGH 29 AS IF FULLY RESTATED HEREIN.

31. ON MARCH 11, 2008 THE PLAINTIFF RECEIVED A MEDICAL INTERVIEW WITH THE DEFENDANT D. WEINSTOCK CONCERNING THE AIDS STATUS DISEASE OF THE PLAINTIFF.

32. THE DEFENDANT WEINSTOCK WAS VERY NASTY IN THE INTERVIEW WITH THE PLAINTIFF WHO DID SEVERAL QUESTIONS TO THE PLAINTIFF ABOUT THE AIDS STATUS DISEASE OF THE PLAINTIFF WHICH THE PLAINTIFF DID RESPOND, AND THE DEFENDANT WEINSTOCK DID FINISH THE INTERVIEW.

33. ON MARCH 15, 2008 THE PLAINTIFF WAS INFORMED THAT THE DEFENDANT D. WEINSTOCK

did DISCONTINUED THE NUTRITIONAL SUPPLEMENT BOOST OF THE PLAINTIFF, WHICH SHAPE PART OF THE MEDICAL TREATMENT OF THE PLAINTIFF FOR HIS AIDS STATUS DISEASE.

34. ON APRIL 14, 2008 THE PLAINTIFF ALSO WAS INFORMED THAT THE DEFENDANT D. WEINSTOCK DID DISCONTINUED THE VITAMINS C-E-AND MULTI VITAMINS OF THE PLAINTIFF WHICH SHAPE PART OF THE MEDICAL TREATMENT OF THE PLAINTIFF FOR HIS AIDS STATUS DISEASE.

35. THE DEFENDANT WEINSTOCK DID DISCONTINUED THE VITAMINS C-E-AND MULTI VITAMINS OF THE PLAINTIFF UNDER THE PRETEXT THAT THE PLAINTIFF HAS AND/OR SHALL BUY SAID VITAMINS IN COMMISSARY.

36. WHICH THIS DENIAL IS RETALIATORY AND UNLAWFUL, BECAUSE THE PLAINTIFF IS NOT SUBJECT TO BUY IN COMMISSARY HIS VITAMINS WHICH SHAPE PART OF HIS MEDICAL TREATMENT FOR HIS AIDS STATUS DISEASE.

37. THE PLAINTIFF DID THEN WRITE A LETTER DATED MAY 5, 2008 TO THE DEFENDANT D. WEINSTOCK IN WHICH THE PLAINTIFF DID REQUEST TO THE DEFENDANT WEINSTOCK THE PRESCRIPTION OF HIS NUTRITIONAL SUPPLEMENT AND VITAMINS FOR HIS AIDS STATUS DISEASE TREATMENT, A COPY OF SAID LETTER IS ATTACHED AS EXHIBITS ( B ).

38. the DEFENDANT D. WEINSTOCK did then SEND A RESPONSE dated MAY 7, 2008 TO THE PLAINTIFF, IN WHICH THE DEFENDANT WEINSTOCK did NOTIFY TO THE PLAINTIFF " that the PLAINTIFF do NOT MEDICALLY REQUIRE VITAMINS OR BOOST," A COPY OF SAID RESPONSE IS ATTACHED AS EXHIBITS ( C ).

39. the PLAINTIFF did SUBMIT A GRIEV-ANCE About this DENIAL OF NUTRITIONAL SUPP-LEMENT BOOST AND VITAMINS.

40. the RESPONSE OF the DEFENDANT, D. WEINSTOCK to the GRIEVANCE WAS that,, the PLAINTIFF do NOT hAVE A MEDICAL CONDITION, WHICH, REQUIRES PRESCRIPTION OF VITAMINS OR" BOOST."

41. this DENIAL CONSTITUTE A RETALIATORY MOCKERY, bECAUSE, the PLAINTIFF IS bEARER OF the diSEASE AIDS, hOWEVER, the dEFE-NdANT WEINSTOCK SAYS that the PLAINTIFF do NOT hAVE A MEDICAL CONDITION WHICH RE-QUIRES PRESCRIPTION OF VITAMINS OR "BOOST." A COPY OF the RESPONSE to the GRIEVANCE IS ATTACHED AS EXHIBITS ( d ).

42. the NUTRITIONAL SUPPLEMENT, the VITAMINS C - E - AND the MULTI VITAMIN WAS APPROVED to bE PRESCRIbED bY the DIVISION OF hEALTH SERVICES OF the STATE OF NEW YORK FOR PRISONERS bEARER OF the diSEASE AIDS AND HIV due to that MEDICAL

INVESTIGATIONS did DISCOVERED that the PRISONERS AND PATIENTS BEARER OF the DISEASE AIDS AND HIV hAVE the TENDENCY TO LOSE WEIGHT, AND due to that the MEDICATIONS FOR TREAT the AIDS AND the HIV DISEASE IS too STRONG.

43. the PLAINTIFF did GRIEVE AND EXHA-USTED the ADMINISTRATIVE REMEDIES OF this CLAIM, GRIEVANCE #: FPT-19288-08 A COPY OF the EXHAUSTION IS ATTAChED AS EXhibits (E).

## CLAIMS FOR RELIEF

A. the ACTIONS OF the DEFENDANTS J. LEM-PKE, J. GUINEY, AND S. PICCALO STATE IN PARAGRAPHS 20 throUGh 29 TO ORDER AND INSTRUCT to their SUbORDINATES TO INFECT AND throw CHEMICA hARMFUL SUbSTANCE to the PLA-INTIFF WERE doNE MALICIOUSLY RETALIATORY IN CRIMINAL CONSPIRACY AGAINST the PLAINTIFF AND CONSTITUTED A CRUEL AND UNUSUAL PUN-IShMENT IN VIOLATION OF the EIGhth AMEND-MENT OF the UNITED STATES CONSTITUTION.

B. the ACTIONS OF the DEFENDANTS P. COT-TRELL, L.A. PARISH, J. ROBERTS, E. WOLF, J. JASTRZAB, T. ABATE, M. PARMETER, W. TOMPOROWSKI, A. BANK, S. WHITE, J. MCIN-TYRE, S. ROSELL, A. ROShIA, J. CAIN, T. SCRITChIELD, AND S. EVANS STATE IN PARA-GRAPhS 20 throUGh 29 TO INFECT AND

throw chemical harmful substance to the plaintiff were done maliciously retaliatory in criminal conspiracy against the plaintiff, and constituted a cruel and unusual punishment in violation of the eighth amendment of the United States Constitution.

C. the actions of the defendant D. Weinstock stated in paragraphs 30 through 43 to discontinue and denied to prescribe the nutritional supplement and vitamins to the plaintiff were done maliciously retaliatory in conspiracy against the plaintiff and constituted deliberate indifference to the plaintiff serious medical needs in violation of the eighth amendment of the United States Constitution.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiff respectfully request and prays to this court for judgment for damages in favor the plaintiff to grant compensation for damages against the defendants in the amount as follows:

d. $ 150, 000 jointly and severally against the defendants J. Lempke, J. Guinex and S. Piccalo for the physical grievous bodily damages and impairment caused to the plaintiff with those harmful chemical

substance which did And MADE
ORDER AND INSTRUCT thROW to the
PLAINtiFF.

**E. $480,000** JOINtly And SEVERALLY
AgAINst the defeNdANts P. COttRELL, L.
A. PARish, J. RObERTS, E. WOLF, J. JAStRZAb,
t. AbAtE, M. PARMEtER, W. tOMPOROWSKI,
A. BANK, S. White, J. McINtYRE, S. ROSELL, A.
ROShIA, J. CAIN, t. SCRItChIELd, ANd S. EVANS,
FOR the PHYSICAL gRIEVOUS bOdILY dAMAgES
PAIN ANd IMPAIRMENt dONE tO the PLAINtIFF
CAUSEd With thOSE hARMFUL ChEMICAL SUbStANCE.

**F. $75,000** AgAINSt the defeNdANt D.
WEINStOCK FOR the PHYSICAL gRIEVOUS bOdILY
dAMAgES dONE tO the PLAINtIFF RESULtING OF
his FAILURE tO PRESCRIbE the NUtRItIONAL SU-
PPLEMENT ANd VItAMINS tO the PLAINtIFF,
WhICh ShAPE PARt OF the MEDICAL tREAtMENt
OF the PLAINtIFF FOR his **AIDS** StAtUS diSEASE.

gRANt SUCh ANd OthER RELIEF AS It MAY
APPEAR thAt the PLAINtIFF IS ENtItLEd.

the PLAINtIFF dEMANdEd A JURY tRIAL.

the PLAINtIFF dECLARE UNdER PENALtY OF PER-
JURY thAt the FOREgOINg IS tRUE ANd CORRECt.

DAtE: JUNE 23, 2008.

SIgNEd: Raymond Gonzalez
FIVE POINtS CORR. FACILItY
StAtE ROUtE 96, P. O. BOX 119
ROMULUS, N. Y. 14541.

EXhibits (A)

FORM 2131E (REV. 6/06)   **INMATE GRIEVANCE COMPLAINT**   PAGE 1 OF 2

Grievance No.

_FIVE POINTS_   CORRECTIONAL FACILITY

Date MARCH 9, 2008.

Name RAYMOND GONZALEZ.   Dept.No 99·A·1878. Housing Unit 12-C2-48.

Program _____   AM _____   PM

*(Please Print or Type - This form must be filed within 21 calendar days of Grievance Incident)* *

Description of Problem: (Please make as brief as possible) THE GRIEVANT IS VICTIM OF RETALIATORY CRIMINAL CONSPIRACY FOR KILL TO THE GRIEVANT WITH CHEMICAL HARMFUL SUBSTANCE BY THE SUPT. J. LEMPKE, DSS, QUINEY, CAPTAIN PICCALO, SGT. ROBERTS, SGT. P. COTRELL, SGT. L.A. PARISH, SGT. E. WOLF, SGT. J. JASTRZAB, OFFICERS J. MCINTYRE, S. WHITE, S. ROSELL, A. BANK, J. CAIN, T. SCRITCHIELD, A. ROSHIA, AND OTHER UNKNOWN CORRECTIONS STAFF.

Grievant Signature R. Gonzalez.

Grievance Clerk _____   Date: _____

Advisor Requested ☐ YES ☐ NO   Who: _____

Action requested by inmate: THE GRIEVANT REQUEST A INTERVIEW WITH THE IGRC FOR THUS SHOW PROOF OF SOME OF THE DAMAGES CAUSED TO THE GRIEVANT WITH SAID CHEMICAL HARMFUL SUBSTANCE.

This Grievance has been informally resolved as follows:

_____
_____
_____
_____

This Informal Resolution is accepted:   CC: J. LEMPKE, SUPT.
(To be completed only if resolved prior to hearing)

Grievant Signature _____   Date: _____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

ON FEBRUARY 18, 2008 THE GRIEVANT WAS TAKEN TO THE CLINIC IN A EMERGENCY SICK CALL IN WHICH WAS TAKEN A ELECTROCARDIOGRAMA TO THE GRIEVANT DUE TO THAT THE GRIEVANT WAS IN THE VERGE OF DIE BECAUSE OF THE CHEMICAL HARMFUL SUBSTANCE WHICH SAID NAMED STAFF MADE THROW TO THE GRIEVANT.

THIS IS A DAILY RETALIATORY CRIMINAL CONSPIRACY WITH CHEMICAL SUBSTANCE COMMITED AGAINST THE GRIEVANT BECAUSE OF FOUR CIVIL RIGHTS LAWSUITS AND A CLAIM IN THE COURT OF CLAIMS WHICH THE GRIEVANT DID FILE AGAINST THE STATE OF NEW YORK AND SEVERAL MEMBERS OF THE CORRECTIONS AND THE MEDICAL STAFF OF ATTICA, ELMIRA, AND UPSTATE CORRECHONAL FACILITY.

AMONG THE CHEMICAL HARMFUL SUBSTANCE WHICH SAID NAMED STAFF MADE THROW TO THE GRIEVANT, THERE IS AN DANGEROUS CHEMICAL SUBSTANCE WHICH MADE PROVOKE TO THE GRIEVANT TREMBLE, IRREGULAR HEARTBEAT, WEAKNESS, LOSE THE APPETITE, AND LOSE OF THE SLEEP.

SAID NAMED STAFF ALSO MADE THROW AIR COLD TO THE GRIEVANT, AND INFECTIOUS SUBSTANCE.

THE GRIEVANT IS ENTITLED TO ENFORCE HIS RIGHTS WHICH THE GRIEVANT WILL DO.

DATE: 3-9-08.

SUBMITTED BY,
Raymond Gonzalez.

EXhibits ( B )

MAY 5, 2008.

FROM: RAYMOND GONZALEZ, 99-A-1878
            FIVE POINTS CORRECTIONAL FACILITY.

HOUSING: LOC: 12-C2-48

TO: DR. WEINSTOCK, FACILITY HEALTH SERVICES
        DIRECTOR.

SUBJECT: REQUEST OF REPRESCRIPTION OF VITA-
            MINS AND NUTRITIONAL SUPPLEMENT BOOST.

    I AM WRITING YOU THIS LETTER TO REQUEST YOU
THE REPRESCRIPTION OF MY VITAMINS C-E
MULTI VITAMINS AND MY NUTRITIONAL SUPPLE-
MENT BOOST, WHICH SHAPE PART OF MY MEDICAL
TREATMENT.

    ON APRIL 14, 2008 YOU DID DISCONTINUED MY
VITAMINS AND MY NUTRITIONAL BOOST UNDER THE
PRETEXT THAT I HAS AND/OR SHOULD BUY SAID
VITAMINS IN COMMISSARY, WHICH THIS IS UNLAWFUL.

    MOREOVER, I DO NOT HAVE NO MONEY IN MY
ACCOUNT. SAID VITAMINS AND THE NUTRITIONAL
BOOST SHAPE PART OF MY MEDICAL TREATMENT.

    THEREFORE, I REQUEST YOU THE REPRESCR-
IPTION OF MY VITAMINS C-E-MULTI VITAMINS
AND MY NUTRITIONAL SUPPLEMENT BOOST.

CC: FILE.

            VERY TRULY REQUEST,
            Raymond Gonzalez.

EXhibits ( c )

FP046 (0900)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES
**FIVE POINTS CORRECTIONAL FACILITY**
HEALTH SERVICES
**SICK CALL RESPONSE**

TO: _____Gonzalez, Raymond_____   _99A1878_   _12 C2 48_
           Name                                    DIN              Location

FROM: **Five Points Health Services, Nurse:** _Dr Weinstock_

DATE: _____5/7/08_____

RE:   **Response to your sick call request  (and/or)**
        **Notification of Laboratory/X-ray test results**


_____ Your request for dental services has been forwarded to the Dental Department

_____ You have been scheduled to see the Nurse Practitioner or Medical Doctor in the near future.

_____ You have been scheduled to see the Optometrist per HSPM 1.3 *Vision Care*.

_____ You have been scheduled for lab services as indicated.

_____ You have been scheduled for an x-ray as indicated.

_____ Your laboratory / X-ray *(circle one)* results have been reviewed by the Nurse Practitioner and/or the Medical Doctor.  The results were essentially normal.  If you have any questions or concerns about this test or your health, you should request to be seen at sick-call.


Comments: _You do not medically require Vitamins or Boost_
                                                                _Dr Weinstock_


Routing:
   Original:  Inmate
   Copy:      Inmate Health Record

EXhibits ( d )

FORM 2131E (REVERSE) (REV. 6/06)

Response of IGRC:   FPT 19288·08

ABS
HD 5/6/08

Per investigation the doctor says inmate Gonzalez does not have a medical condition
which requires prescription vitamins or "Boost."  If new matters occur submit a sick call
slip.

**GRIEVANCE DENIED**

Date Returned to Inmate ____5/7/08____      IGRC Members ___R. Babin Sgt___

Chairperson _William Cosby_                     _____

                                                _____

                                                _____

Return within 7 calendar days and check appropriate boxes. *

[X] I disagree with IGRC response and wish to
    appeal to the Superintendent.

[ ] I have reviewed deadlocked responses.
    Pass-Thru to Superintendent

[ ] I agree with the IGRC response and wish to
    appeal to the Superintendent.

[ ] I apply to the IGP Supervisor for
    review of dismissal

Signed ___Raymond Gonzalez___   MAY 11, 2008.
              Grievant                     Date

_____          _____
      Grievance Clerk's Receipt                Date

_____

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent _____
                                                    Date

Grievance forwarded to the Superintendent for action _____
                                                              Date

*An exception to the time limit may be requested under Directive #4040, section 701.6(g).

EXhibits ( E )

**PAGE 1 OF 2**

| | | GRIEVANCE NO<br>FPT-19288-08 | | DATE FILED<br>04/23/08 |
|---|---|---|---|---|
| **STATE OF NEW YORK**<br>**DEPARTMENT OF**<br>**CORRECTIONAL SERVICES** | | FACILITY<br>FIVE POINTS CORRECTIONAL FACILITY | | POLICY DESIGNATION<br>I |
| **INMATE GRIEVANCE PROGRAM** | | TITLE OF GRIEVANCE<br>DENIED BOOST AND VITAMINS | | CLASS CODE<br>22 |
| **SUPERINTENDENT** | | SUPERINTENDENT'S SIGNATURE | | DATE<br>06/12/08 |
| GRIEVANT<br>GONZALES, Raymond | | DIN #<br>99A1878 | | HOUSING UNIT<br>12-C2-48B |

Investigation revealed that according to NYS DOCS Health Services Policy 1.02, grievant does not have a medical condition which requires prescription vitamin supplements or "Boost" tube feedings. If grievant wishes to have vitamins despite the lack of medical necessity, he may purchase vitamins in the Commissary.

Appeal denied.

---

APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your Inmate Grievance Clerk. You have four (4) working days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

tHE GRIEVANt ARE APPEALING tHIS DECISION tO tHE C.O.R.C. bECAUSE, tHE GRIEVANT IS bEARER OF tHE dISEASE AIDS WhICH IS A SERIOUS MEDICAL

Raymond Gonzalez.        JUNE 22, 2008.

Grievant's Signature                                          Date

---

Grievance Clerk's Signature                                          Date

FORM 2133A (Rev. 2/89)

CONDITION THAT REQUIRES     PAGE 2 OF 2
THE PRESCRIPTION OF VITAMINS
AND NUTRITIONAL SUPPLEMENT "BOOST."

THEREFORE THE HEALTH SERVICES POLICY MANUAL ITEM #:1.02 IS NOT APPLICABLE TO THE GRIEVANT FOR THE DENIAL OF VITAMINS AND NUTRITIONAL SUPPLEMENT TO THE GRIEVANT.

THE DENIAL OF VITAMINS AND NUTRITIONAL SUPPLEMENT AGAINST THE GRIEVANT IS RETALIATORY DUE TO THE CIVIL RIGHTS LAWSUITS THAT THE GRIEVANT DID FILED AGAINST MEMBERS OF THE MEDICAL AND THE CORRECTIONS STAFF.

THE NUTRITIONAL SUPPLEMENT AND THE VITAMINS C-E- AND MULTI VITAMINS SHAPE PART OF THE MEDICAL TREATMENT OF THE GRIEVANT SINCE THE YEAR 2000.

THE NUTRITIONAL SUPPLEMENT AND THE VITAMINS C-E- AND THE MULTI VITAMINS WAS APPROVED TO BE PRESCRIBED BY THE DIVISION OF HEALTH SERVICES OF THE STATE OF NEW YORK FOR PRISONERS BEARER OF THE DISEASE AIDS AND HIV DUE TO THAT MEDICAL INVESTIGATIONS DID DISCOVERED THAT THE PRISONERS AND PATIENTS BEARER OF THE DISEASE AIDS AND HIV HAVE THE TENDENCY TO LOSE WEIGHT. AND DUE TO THAT THE MEDICATIONS FOR TREAT THE AIDS AND THE HIV DISEASE IS TOO STRONG.
THEREFORE THE GRIEVANT APPEAL TO THE C.O.R.C.

DATE: 6-22-08.                SUBMITTED BY:
                             R. Gonzalez.

CC: FILE.